■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR L. CASTILLO, Appellant. [616 NYS2d 947] —Judgment, Supreme Court, New York County (Richard Andrias, J.), rendered on or about November 25, 1992, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Wallach, Kupferman and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ALLEN, Appellant. [616 NYS2d 947] —Judgment, Supreme Court, New York County (Joan Sudolnik, J.), rendered December 22, 1992, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of 2½ to 5 years, unanimously affirmed.

Defendant's motion to withdraw his plea was properly denied. The plea was given in exchange for a favorable sentence and entered after a proper allocution in which defendant, among other things, admitted guilt to one of the crimes charged. At sentencing, defendant failed to articulate any facts casting doubt on his guilt or otherwise warranting further inquiry from the court *(see, People v Francis,* 38 NY2d 150, 154). Concur—Murphy, P. J., Wallach, Kupferman and Asch, JJ.